## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Darla Carlo<br>James Carlo<br>Debtor(s). | Bky No.:  13-50528-GFK<br><br>Chapter 7 Case |

### ORDER

This matter is before the Court on Affinity Plus ' Motion for Relief from Stay to foreclose its security interest with respect to property commonly known as 30607 Terminal Rd., Breezy Point, MN , in the County of Crow Wing, State of Minnesota, legally described as Lot 84, Tenth Addition to Breezy Point Estates.

Movant holds a duly perfected mortgage in the property.  The Court being advised fully in the Premises, and upon the Affidavit and all files and records herein,

NOW ORDERS:

That the Automatic Stay provided by 11 U.S.C. §362(a) be modified so as to permit Affinity Plus  to foreclose its mortgage in the above property in accordance with state law. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.


Dated:___*September 04, 2013*___

BY THE COURT

*/e/ Gregory F. Kishel*

Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on*09/04/2013*
Lori Vosejpka, Clerk, by AMM

MN_1655G                          File No.  13-137318